# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                     CASE NO. 4:20-CR-00340-BSM-12

LAUREN AISLINN TANCIK                                            DEFENDANT

## ORDER

Lauren Tancik's pro se motion for early termination of her probation [Doc. No. 333] is denied as moot because this court no longer has jurisdiction over her case.

IT IS SO ORDERED this 28th day of March, 2024.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE